UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| Erico Luera, Jr. et al., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff(s), | ) |  |
|  | ) |  |
| vs. | ) | Case No. 4:18-cv-01018 UNA |
|  | ) |  |
| Stacey M. Nichols, et al., | ) |  |
|  | ) |  |
| Defendant(s). | ) |  |

## ORDER

The above styled and numbered case was filed on June 22, 2018 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:18-cv-00156 SNLJ.

**IT IS FURTHER ORDERED** that cause number 4:18-cv-01018 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: June 22, 2018        By: Michele Crayton
                                Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:18-cv-00156 SNLJ.**